IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| HUDMON CONSTRUCTION COMPANY, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CASE NO. 3:10cv628-WHA ) |
| DEANCO AUCTION COMPANY OF MISSISSIPPI, INC., | ) ) ) |
| Defendant. | ) |

# **ORDER**

It is hereby ORDERED that the Uniform Scheduling Order (Doc. #11), filed in this case on this day, is hereby STRICKEN, as it was inadvertently filed in the wrong case.

DONE this 17th day August, 2010.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE